CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT E. SAMPSON, | ) | Civil Action No. 7:12cv00244 |
|     Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| JACK LEE et al., | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

Robert E. Sampson, a Virginia inmate proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983 against a number of Middle River Regional Jail employees, asserting various claims arising from his trip and fall in the jail's recreation yard, the medical treatment he received for an injured ankle resulting from that fall, and a two-week period during which the jail did not serve him a non-pork diet. This matter is presently before the court on Sampson's motion for a preliminary injunction ordering that he receive an MRI for his ankle injury.

The court referred the matter to United States Magistrate Judge Pamela M. Sargent for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has filed a report finding no basis for granting Sampson's request for injunctive relief and recommending that his motion be denied. (ECF No. 62.) Sampson has filed a response to the defendants' recent motion for summary judgment, but has not objected to the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has expired. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety, and Sampson's motion for preliminary injunctive relief (ECF No. 61) is **DENIED**.

The Clerk of the Court is directed to send a copy of this order to the plaintiff.

**ENTER**: November 30, 2012.

_____
UNITED STATES DISTRICT JUDGE